UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | Case No.: 12-32540 |
| MOSS FAMILY LIMITED PARTNERSHIP ) | |
| A PARTNERSHIP ) | Chapter 11 Proceeding |
| ) | Jointly Administered |
| Debtors. ) | |

### ORDER

This cause came be to be heard on the Debtors' Motion to Continue Hearing on Amended Disclosure Statement, all as contained in said Motion;

The Court being duly advised in the premises, now finds that said Motion should be granted;

IT IS THEREFORE ORDERED that the hearing on the Amended Disclosure Statement be continued from June 17, 2014 until September 23, 2014 at 1:30 p.m., South Bend time, in Room 201, 401 South Michigan Street, South Bend, Indiana.

Dated: June 16, 2014

Harry C. Dees, Jr., Judge
United States Bankruptcy Court

C11